IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALVIN CARLISLE, | No. C-05-4370 MMC |
| Plaintiff, | **ORDER DISMISSING ACTION WITHOUT PREJUDICE** |
| v. | |
| DONALD RUMSFELD, | |
| Defendant. | |

On March 13, 2006, the Court denied plaintiff Alvin Carlisle's ("Carlisle") application to proceed in forma pauperis in the above-titled action, and ordered him to pay a partial filing fee of $50.00 no later than March 31, 2006. The Court advised Carlisle that failure to pay the partial filing fee by March 31, 2006 would result in dismissal of the action without prejudice. To date, Carlisle has not paid the filing fee.

Accordingly, the above-titled action is hereby DISMISSED, without prejudice.

The Clerk shall close the file.

**IT IS SO ORDERED.**

Dated: April 6, 2006

MAXINE M. CHESNEY
United States District Judge